UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL
COUNCIL OF CARPENTERS'
EMPLOYEE BENEFITS FUND, et al.

   Plaintiffs,      Case No. 15-cv-10260
               Hon. Matthew F. Leitman

v.

PRATER COMMERICAL GROUP,
INCORPORATED, et al.,

   Defendants.

## DEFAULT JUDGMENT

THIS MATTER CAME before the Court on Plaintiffs' Motion for the Entry of a Default Judgment. The Court, being fully advised in the premises, finds that:

1. The Summons and Complaint were served on Defendants Prater Commercial Group, Inc. d/b/a Prater Commercial Carpentry ("Prater") and Rodney Prater on January 28, 2015. The proofs of service are on file with the Court (**Dkt. 5 & 6**).

2. Defendants did not file an answer or take any other action to defend themselves within 21 days following the service of process.

3. Defendants are not infants or incompetent persons.

4. A Clerk's Entry of Default was entered against Defendants Prater and Rodney Prater on February 20, 2015 (**Dkt. 8**).

**ACCORDINGLY, IT IS HEREBY ORDERED** that Plaintiffs shall have judgment against Defendants Prater and Rodney Prater, pursuant to 29 U.S.C. 1132(g)(2) in the amount of $237,739.01, consisting of $236,777.51 for unpaid fringe benefit contributions together with liquidated damages thereon, accumulated interest, court costs of $471.50, and attorneys fees of $490.00.

**IT IS FURTHER ORDERED** that this Honorable Court shall retain jurisdiction of this matter pending satisfaction of this judgment and/or compliance with any additional orders.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 19, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113